**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| MARK ANTHONY CLEARMAN, | No. 10-55522 |
| Plaintiff - Appellant, | D.C. No. 2:05-cv-05633-AG-JEM |
| v. | |
| MS. ELLEN FERNANDO; et al., | MEMORANDUM[*] |
| Defendants - Appellees. | |

Appeal from the United States District Court
for the Central District of California
Andrew J. Guilford, District Judge, Presiding

Submitted February 21, 2012[**]

Before:     FERNANDEZ, McKEOWN, and BYBEE, Circuit Judges.

Mark Anthony Clearman, a California state prisoner, appeals pro se from the

district court's summary judgment in his action brought under *Bivens v. Six*

*Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971),

---

[*]     This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

alleging deliberate indifference to serious medical needs. We have jurisdiction under 28 U.S.C. § 1291. We review de novo. *Toguchi v. Chung*, 391 F.3d 1051, 1056 (9th Cir. 2004). We affirm.

The district court properly granted summary judgment because Clearman did not raise a genuine dispute of material fact as to whether defendants were deliberately indifferent to his serious medical needs regarding the appropriate diagnosis and treatment of his shoulder injury. *See Jackson v. McIntosh*, 90 F.3d 330, 332 (9th Cir. 1996) (to establish that a difference of opinion amounted to deliberate indifference, a prisoner "must show that the course of treatment the doctors chose was medically unacceptable under the circumstances . . . and . . . that they chose this course in conscious disregard of an excessive risk to [the prisoner's] health" (citations omitted)).

Clearman's remaining contentions, including that the district court failed to construe the evidence in the light most favorable to him, are unpersuasive.

**AFFIRMED.**

2                                                                                    10-55522